IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION



**FILED**

APR 1 5 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 9:26CR_12__ |
| v. | § | |
| | § | Judge _Crone/Hawthorn___ |
| ANDREI SISKOV | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 18 U.S.C. § 111(a) (Assault, resist, or impede certain officers or employees)

On or about February 22, 2026, in the Eastern District of Texas, **Andrei Siskov,** defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with N.G., a Contract Detention Officer contracted by the Department of Homeland Security and the United States Marshals Service, while N.G. was engaged in, and on account of, the performance of N.G.'s official duties, and while N.G. was assisting federal authorities with the Department of Homeland Security in the performance of official duties, and such acts resulted in physical contact with N.G..

In violation of 18 U.S.C. 111(a).

## Count Two

Violation: 18 U.S.C. § 111(a)(1) and (b)
(Assault, resist, or impede certain
officers or employees)

On or about April 4, 2026, in the Eastern District of Texas, **Andrei Siskov**, defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.C., a Contract Detention Officer contracted by the Department of Homeland Security and the United States Marshals Service, while D.C. was engaged in, and on account of, the performance of D.C.'s official duties, and while D.C. was assisting federal authorities with the Department of Homeland Security in the performance of official duties, and such acts resulted in bodily injury to D.C..

In violation of 18 U.S.C. 111(a)(1) and (b).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

_____
LAUREN GASTON
Assistant United States Attorney

4/15/26
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

UNITED STATES OF AMERICA §
§    No. 9:26CR____
v. §
§    Judge _____
ANDREI SISKOV §

## NOTICE OF PENALTY

### Counts One and Two

Violation:    18 U.S.C. § 111(a) and (b)

Penalty:    Assault, resist, or impede certain officers or employees

If physical contact occurs, imprisonment of not more than eight (8) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If bodily injury occurs, imprisonment of not more than twenty (20) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than five (5) years.

Special Assessment:    $100.00 as to each count