IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

UNITED STATES OF AMERICA     § 
                          §    No. 9:26CR12

v.                                   §
                          §    Judge Crone

ANDREI SISKOV                 §

## AMENDED NOTICE OF PENALTY

### Counts One and Two

Violation:    18 U.S.C. § 111(a) and (b)

Penalty:    Assault, resist, or impede certain officers or employees

If physical contact occurs, imprisonment of not more than eight (8) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If bodily injury occurs, imprisonment of not more than twenty (20) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment:    $100.00 as to each count