UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA               §
                                       §
*versus*                               §       CASE NUMBER  9:26CR12
                                       §
ANDREI SISKOV                          §
                                       §

## ORDER OF DETENTION

The court called a hearing to consider the matter of Defendant's detention pending trial, Defendant waived findings and his right to a detention hearing.  It is therefore,

**ORDERED** that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

**SIGNED this the 28th day of April, 2026.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE